IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

FRANKIE SILVESTRI,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0549

Opinion filed February 17, 2015.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Frankie Silvestri, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DISMISSED.  See Baker v. State, 878 So. 2d 1236 (Fla. 2004).

MARSTILLER, RAY, and SWANSON, JJ., CONCUR.